# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:

**KENTUCKY ALTERNATIVE PROGRAMS II, INC.**         **CASE NO. 18-21429**

**DEBTOR(S)**                                                            **CHAPTER 7**

## STATUS REPORT

Comes now the Trustee, L. Craig Kendrick, and reports that this matter remains open while the Trustee continues to investigate potential assets.

Dated:  June 18, 2019

>Respectfully submitted,
>
>/s/ L. Craig Kendrick
>L. CRAIG KENDRICK (KBA#83680)
>7000 Houston Rd., Bldg. 300, Ste. 25
>Florence, KY 41042
>(859) 371-4321